IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | I N D I C T M E N T |
| | ) | |
| | ) | Case No. _____ |
| v. | ) | |
| | ) | Violation:   18 U.S.C. § 117(a)(1) |
| | ) | |
| TARRELL K. LITTLE BEAR | ) | |

**Domestic Assault by a Habitual Offender**

The Grand Jury Charges:

In or about September 29, 2011, in the District of North Dakota, in Indian country, and within the exclusive jurisdiction of the United States,

TARRELL K. LITTLE BEAR,

did commit a domestic assault upon Jessie Little Bear, his wife and intimate partner, and at that time TARRELL K. LITTLE BEAR had a final conviction on at least (2) separate prior occasions in Standing Rock Tribal Court for the following offenses that would be, if subject to Federal jurisdiction, an assault against a spouse and intimate partner:

1.  Domestic Abuse, in Standing Rock Tribal Court, Ft. Yates, North Dakota, Criminal Number 11-33441, on June 29, 2011;

2.  Domestic Abuse, in Standing Rock Tribal Court, Ft. Yates, North Dakota, Criminal Number 09-21491, on December 28, 2009;

3.  Domestic Abuse, in Standing Rock Tribal Court, Ft. Yates, North Dakota, Criminal Number 09-24210, on June 15, 2009;

4.  Domestic Abuse, in Standing Rock Tribal Court, Ft. Yates, North Dakota, Criminal Number 09-23635, on March 2, 2009;

5.      Domestic Abuse, in Standing Rock Tribal Court, Ft. Yates, North Dakota,
        Criminal Number 06-16518, on January 25, 2007;

6.      Domestic Abuse, in Standing Rock Tribal Court, Ft. Yates, North Dakota,
        Criminal Number 05-15404, on September 26, 2005;

In violation of Title 18, United States Code, Section 117(a)(1).

                              A TRUE BILL:


                              /s/ Grand Jury Foreperson
                              Foreperson



/s/ Timothy Q. Purdon
TIMOTHY Q. PURDON
United States Attorney

GLD:aap

2